JACK ROTHSTONE et al., as Administrators with the Will Annexed of ARNOLD ROTHSTEIN, Deceased, Appellants, *v.* INEZ NORTON, Respondent.

(Argued April 3, 1931; decided May 12, 1931.)

*Bernard Hershkopf* and *I. Gainsburg* for appellants.
*Jay Leo Rothschild* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG and HUBBS, JJ. Not sitting: O'BRIEN, J.